THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* WILLIAM D. DICKEY et al., as Commissioners under the Change of Grade Damage Acts, Defendants, and WILLIAM W. ASTOR, Appellant. (Claim No. 1712.)

*People ex rel. City of New York* v. *Dickey*, 162 App. Div. —, affirmed.

(Argued April 20, 1914; decided June 9, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1914, which sustained a writ of certiorari and

annulled a determination of the defendant commissioners in a change of grade damage proceeding..

*Barclay E. V. McCarty* and *John M. Harrington* for appellant.

*Frank L. Polk, Corporation Counsel* (*Charles J. Nehrbas* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.